

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00188-CR

EX PARTE CHARLES BARTON

§ On Appeal from County Criminal Court No. 8

§ of Tarrant County (1314404)

§ June 30, 2022

§ Memorandum Opinion by Chief Justice Sudderth

§ (nfp)

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth